AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi ▾

| | |
|---|---|
| Big House Books, Charles Owens, and Jess Green <br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Pelicia Hall, Commissioner of the MS Dept of Corrections; MS Dept of Corrections; Jacquelyn Banks, Superintendent of the South MS Correctional Institution; South Mississippi Correctional Institution<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:18-cv-259-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION
c/o Mississippi Attorney General's Office
450 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert B. McDuff
Attorney
767 North Congress Street
Jackson, MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date:  APR 2 6 2018      *N~ Qew*
_____      _____
                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   South Mississippi Correctional Institution

was received by me on *(date)*        04/26/2018        .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Kristen Gribble at the MS Attorney General's Office   , who is

designated by law to accept service of process on behalf of *(name of organization)*   South Mississippi Correctional

Institution                            on *(date)*        04/26/2018        ; or

❏ I returned the summons unexecuted because                                            ; or

❏ Other *(specify):*

My fees are $        0.00        for travel and $        0.00        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:      05-01-18

_____
*Server's signature*

Keren Welch
_____
*Printed name and title*

767 N. Congress St.
Jackson, MS 39202

_____
*Server's address*

Additional information regarding attempted service, etc: