IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BIG HOUSE BOOKS,
CHARLES OWENS, and
JESS GREEN,

      Plaintiffs

v.                                 Civil Action No. 3:18cv259 DPJ-FKB

PELICIA HALL, Commissioner
of the Mississippi Department of Corrections;
MISSISSIPPI DEPARTMENT OF CORRECTIONS;
JACQUELYN BANKS, Superintendent of the South
Mississippi Correctional Institution; SOUTH MISSISSIPPI
CORRECTIONAL INSTITUTION.

      Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the Plaintiffs and Defendants hereby stipulate to the dismissal without prejudice of this case. Soon after the case was filed, counsel for the parties met and eventually reached an agreement that led to a clarification of policy and a change in practice that eliminated the conditions that were the subject of this lawsuit. As part of the resolution of this case, the Defendants will pay to the Mississippi Center for Justice, which represented the Plaintiffs, attorneys' fees and costs in the amount of six thousand dollars($6,000.00) to be appropriated by the Mississippi legislature.

1

December 19, 2018	Respectfully submitted,

*Robert B. McDuff*
ROBERT B. MCDUFF, MSB# 2532
767 North Congress Street
Jackson, MS 39202
(601) 969-0802
rbm@mcdufflaw.com

BETH L. ORLANSKY, MSB# 3938
MISSISSIPPI CENTER FOR JUSTICE
P.O. Box 1023
Jackson, MS 39205-1023
(601) 352-2269
borlansky@mscenterforjustice.org

*Counsel for Plaintiffs*

*Harold Pizzetta*
HAROLD PIZZETTA
OFFICE OF THE ATTORNEY
    GENERAL
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
hpizz@ago.state.ms.us

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing Stipulation of Dismissal using the ECF system which served the document electronically on all counsel of record.

This 19th day of December, 2014.

              <u>s/ Robert B. McDuff</u>
              Co-Counsel for Plaintiffs